**FILED**

09/25/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0422

SUPREME COURT OF THE STATE OF MONTANA

CASE NO. DA 24-0422

STEVEN CORRY STEPHENSON, as trustee of the Steven Corry Stephenson Trust amended and reinstated September 20, 2000,

Appellant

vs.

LONE PEAK PRESERVE, LLC,

Appellee.

## ORDER EXTENDING TIME TO FILE APPELLANT'S OPENING BRIEF

On Appeal from the Montana Eighteenth Judicial District, Gallatin County
Cause No. DV 16-2021-0001297-DK
Before Hon. John C. Brown

Appearances:

Michael L. Rabb (#13734)
THE RABB LAW FIRM, PLLC
3950 Valley Commons Drive, Suite 1
Bozeman, MT 59718
Telephone: (406) 404-1747
Facsimile: (406) 551-6847
service@therabblawfirm.com
*Attorney for Appellant*

Kelsey Bunkers
CROWLEY FLECK PLLP
1915 S. 19th Avenue
P.O. Box 10969
Bozeman, MT 59719-10969
Telephone: 406-556-1430
kbunkers@crowleyfleck.com
*Attorney for Appellee*

Appellant Steven Corry Stephenson having filed an Unopposed Motion for Extension of Time to File Appellant's Opening Brief, and good cause appearing therefrom,

IT IS HEREBY ORDERED that Appellant's Motion is GRANTED. Appellant's Opening Brief shall be filed on or before October 29, 2024.

ORDER EXTENDING TIME TO FILE APPELLANT'S OPENING BRIEF

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
September 25 2024